Case 3:07-cr-00078-MAG   Document 2-3   Filed 02/21/2007   Page 1 of 1

SCOTT N. SCHOOLS (SCSBN 9990)
Interim United States Attorney

**FILED**

FEB 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTOINETTE PEREA, <br> Defendant. | Case No. CR 07-0078 MAG <br><br> [~~PROPOSED~~] ORDER FOR SUMMONS |

Having reviewed the Declaration of Jenny J. Yu, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Antoinette Perea, 75 Dore Street #218, San Francisco, CA 91406, to appear on March 15, 2007 at 9:30 a.m. before Magistrate Judge, the Honorable Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 2-22-07

THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0078 MAG