SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT D. REES (CASBN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7031
Fax: (415) 436-7234
Email: Robert.Reese@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTOINETTE PEREA ) <br> ) <br> Defendant. ) <br> _____ ) | CR No.: 07-0078 MAG <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER EXCLUDING TIME |

On March 15, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 15, 2007 to April 20, 2007 for effective preparation of counsel, in that defense counsel required adequate time to supply the United States with information that may impact the outcome of the case and that the United States required adequate time to evaluate the information. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18

Stipulation and [~~Proposed~~] Order

1  U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting

2  such a continuance outweighed the best interests of the public and the defendant in a speedy

3  trial.  See 18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

5                                         SCOTT N. SCHOOLS
                                       United States Attorney

7  DATED:  03/15/07                  /s/ Robert D. Rees
                                       ROBERT D. REES
8                                         Assistant United States Attorney

9  DATED:  03/15/07                  /s/ Steven G. Kalar
10                                        STEVEN G. KALAR
                                       Attorney for Ms. Perea

12     As the Court found on March 15, 2007, and for the reasons stated above, the Court finds that

13 the ends of justice served by the continuance outweigh the best interests of the public and the

14 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

15 calculations from March 15, 2007 to April 20, 2007 for effective preparation of defense counsel

16 and the United States.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested

17 continuance would deny counsel reasonable time necessary for effective preparation and

18 continuity of counsel, taking into account the exercise of due diligence, and would result in a

19 miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21 SO ORDERED.

22 DATED:  03/26/7

23                                          JOSEPH C. SPERO
                                         United States Magistrate Judge

Stipulation and [Proposed] Order