IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTOINETTE PEREA, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-0078 ~~MAG~~ JCS <br><br> [~~PROPOSED~~] STIPULATED ORDER CONTINUING PLEA |

    The defendant Antoinette Perea is charged with FEMA fraud, and has consented to this Court's jurisdiction. She is currently scheduled for a change of plea on Friday, April 20, 2007. Although the parties have arrived at a pretrial disposition and Ms. Perea is prepared to enter a guilty plea, defense counsel will not be available on April 20 due to a family emergency.

    Therefore, the defense requests that the matter be put over to Friday, April 27, 2007 at 10:30 a.m. for change of plea. The government has no objection to this request.

    The parties further request that time be excluded under the Speedy Trial Act, given the unavailability of defense counsel and to permit for continuity of counsel.

    Therefore, for good cause shown the change of plea hearing now scheduled for April 20, 2007 is vacated. The matter shall be added to the Court's calendar for Friday, April 27, 2007 at 10:30 am for change of plea. The parties shall provided the plea agreement to the Court at their earliest

convenience for its review before the plea. Time shall be excluded under the Speedy Trial Act until Friday, April 27, 2007 for continuity of counsel.

IT IS SO ORDERED.

4/17/7
DATED

JOSEPH C. SPERO
United States District Court Judge

IT IS SO STIPULATED.

4/16/7 \_\_\_/s_____
DATED  SCOTT N. SCHOOLS
United States Attorney
Northern District of California
DEREK OWENS
Assistant United States Attorney

4/16/7 \_\_\_/s_____
DATED  BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*Perea*, CR 07-0078 MAG
ORD. CONT. CHANGE OF PLEA  2